PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00243-LJO-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT |
| JOHN ALAN BALLARD AND JUDY IRENE CALDERON | |
| Defendants. | |

## BACKGROUND

The grand jury issued an indictment in this matter on October 12, 2017, and it all four defendants are currently scheduled for an arraignment on **October 18, 2017**. Defendants BALLARD and CALDERON are represented by attorney Andrew Flier, State Bar No. 137372. Mr. Flier's office phone number is (818) 990-9500. For a period of over two years prior to indictment, counsel for the United States remained in contact with Mr. Flier as the investigation progressed. All parties were cooperative. Mr. Flier is currently on his honeymoon and is unable to attend the appearance as scheduled. Upon return, Mr. Flier begins a homicide trial in the Los Angeles area. The parties therefore request that the arraignment be continued to **November 29, 2017**.

A proposed order appears below.

//

//

1

# **STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the arraignment as to JOHN ALAN BALLARD and JUDY CALDERON currently set for October 17, 2017 be continued to November 29, 2017 at 2:00 PM before the Magistrate Judge.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: October 17, 2017     By:     /s/ Michael G. Tierney
                                    Michael G. Tierney
                                    Assistant United States Attorney

DATED: September 11, 2015   By:     /s/ Andrew Flier
                                    Marc Days
                                    Attorney for defendants
                                    JOHN BALLARD and JUDY CALDERON

# **O R D E R**

IT IS SO ORDERED.

Dated: **October 18, 2017**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

2