PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00243-LJO (SKO) |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER BETWEEN THE UNITED STATES AND JUDY IRENE CALDERON (a.k.a. Judy Ballard) |
| v. | |
| JOHN ALAN BALLARD, et al | |
| Defendant. | |

**STIPULATION**

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, financial account numbers, credit card numbers, telephone numbers, residential addresses, tax returns and supporting documents, and confidential business and accounting records ("Protected Information"); and,

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant JUDY IRENE CALDERON, by and through her counsel of record

1

1  Tim F. Tuitavuki ("Defense Counsel"), and plaintiff, the United States of America, by and through its
2  counsel of record, hereby agree and stipulate as follows:
3      1.    This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of
4  Criminal Procedure, and its general supervisory authority.
5      2.    This Order pertains to all discovery provided to or made available to Defense Counsel as
6  part of the discovery in this case (hereafter, collectively known as the "discovery").
7      3.    By signing this Stipulation and Protective Order, Defense Counsel agrees not to share or
8  provide any documents that contain Protected Information with anyone other than Defense Counsel and
9  designated defense investigators and support staff.
10     4.    The parties agree that Defense Counsel, defense investigators, and support staff shall only
11 provide the defendant with copies of documents subject to these agreements:
12     a)    The defendant shall only be provided with copies of documents that do not
13 contain Protected Information or copies of documents from which Protected Information has
14 been redacted.
15     b)    Defense Counsel may permit the defendant to view unredacted documents in the
16 presence of her attorney, defense investigators and support staff.
17     c)    The parties agree that Defense Counsel, defense investigators, and support staff
18 shall not allow the defendant to copy or record Protected Information contained in the discovery.
19     5.    The discovery and information therein may be used only in connection with the litigation
20 of this case and for no other purpose. The discovery is now and will forever remain the property of the
21 United States Government. Defense Counsel will return the discovery to the Government or certify that
22 it has been destroyed at the conclusion of the case.
23     6.    Defense Counsel will store the discovery in a secure place and will use reasonable care to
24 ensure that it is not disclosed to third persons in violation of this agreement.
25     7.    Defense Counsel shall be responsible for advising the defendants, employees, other
26 members of the defense team, and defense witnesses of the contents of this Stipulation and Order.
27     8.    In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees
28 to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

Dated: November 29, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ MICHAEL G. TIERNEY
MICHAEL G. TIERNEY
Assistant United States Attorney

Dated: November 29, 2017

/s/ TIM F. TUITAVUKI
TIM F. TUITAVUKI
Counsel for Defendant Judy Irene Calderon

**ORDER**

IT IS SO FOUND AND ORDERED this 29th day of November, 2017.

HONORABLE STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

3