Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CASB 154402
Mary Ann F. Bird, CASB 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.478.9950
Facsimile    209.478.9954
Attorneys for Defendant JOHN ALAN BALLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN ALAN BALLARD, JUDY IRENE CALDERON, SHERRY LYNN HERBERT, AND ANDREA RACHELLE TODD<br><br>Defendants. | Case No.: 1:17 CR 00243 LJO SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and Defendant John Alan Ballard, by and through his counsels of record, Judy Irene Calderon, by and through her counsel of record, Sherry Lynn Herbert, by and through her counsels of record, Andrea Rachelle Todd, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on April 2, 2018 at 1:00 p.m. and time was ordered excluded in the interest of justice.

2. By this stipulation, the parties hereby move to continue the status conference to June 4, 2018 because counsels for the defendants need additional time to properly prepare a defense. Counsels for the defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

3. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq, within which trial must commence, the time period of April 2, 2018 to June 5, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | Respectfully submitted, |
| 2 | Dated: March 29, 2018 | McGREGOR W. SCOTT |
| 3 | | United States Attorney |

\_\_\_/s/ Michael G. Tierney_____
MICHAEL G. TIERNEY
Assistant United States Attorney

Dated: March 29, 2018          \_\_\_/s/ Mary Ann F. Bird_____
MARY ANN F. BIRD
Attorney for JOHN ALAN BALLARD

Dated: March 29, 2018          \_\_\_/s/ Timote Fakaofo Tuitavuki_____
TIMOTE FAKAOFO TUITAVUKI
Attorney for JUDY IRENE CALDERON

Dated: March 29, 2018          \_\_\_/s/ Martin Taleisnik_____
MARTIN TALEISNIK
Attorney for SHERRY LYNN HERBERT

Dated: March 29, 2018          \_\_\_/s/ Robert Sherman Wynne_____
ROBERT SHERMAN WYNNE
Attorney for ANDREA RACHELLE TODD

## **ORDER**

The parties' request for a continuance of the status conference is GRANTED.

The parties are cautioned that any further request for an extension of time must be supported by good cause and shall include a detailed explanation demonstrating due diligence, including a description of what actions have been undertaken, and what further actions are needed, to move the case forward. Counsel's general statement alone regarding the need for additional time to prepare a defense is insufficient.

IT IS SO ORDERED.

Dated: __**March 29, 2018**__   _____/s/ *Sheila K. Oberto*_____
UNITED STATES MAGISTRATE JUDGE

BIRD & VAN DYKE, INC.
STIPULATION AND PROPOSED ORDER - CONTINUANCE
PAGE: 4