MCGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN ALAN BALLARD ET AL. <br><br> Defendants. | CASE NO. 1:17-CR-243-LJO-SKO <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

### BACKGROUND

This matter is currently scheduled for a status conference on **June 4, 2018**. However, all counsel have conferred and have agreed that at the status conference they would each seek a further status conference to be set on **October 1, 2018**. The parties anticipate that the October 2018 would be the final status conference date before a potential trial setting or resolution of the matter. Therefore, all parties request that the status conference be continued to **October 1, 2018**. Counsel agree that time between the current date of the status conference and October 1 should be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

A proposed order appears below.

//

//

//

1

# STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for June 4, 2018 be continued to October 1, 2018. Time shall be excluded from June 4, 2018 to October 1, 2018 under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: June 1, 2018     By:    /s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

DATED: June 11, 2018     By:    /s/ Mary Ann F. Bird
Mary Ann F. Bird
Attorney for John Alan Ballard

DATED: June 1, 2018     By:    /s/ Timothe Tuitavuki
Timothe Tuitavuki
Attorney for Judy Irene Calderon

DATED: June 1, 2018     By:    /s/ Martin Taleisnik
Martin Taleisnik
Attorney for Sherry Lynn Herbert

DATED: June 1, 2018     By:    /s/ Robert S. Wynne
Robert S. Wynne
Attorney for Andrea Rachelle Todd

//
//
//
//

**O R D E R**

The parties' request for a continuance of the status conference is DENIED as untimely. Pursuant to the Eastern District of California (Fresno Division) Criminal Case Management Plan, "[a]ll stipulated continuances **must be filed through ECF by Thursday at noon prior to the Monday hearing.**" The Court will consider an exception to the timeliness of the request *only* in the event that an articulated circumstance occurred to prevent the parties from complying with the deadline, which has not been established in this case.

IT IS SO ORDERED.

Dated: **June 1, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE