McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN ALAN BALLARD, JUDY IRENE CALDERON, SHERRY LYNN HERBERT, AND ANDREA RACHELLE TODD<br><br>Defendants. | Case No.: 1:17 CR 00243 NONE SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

## BACKGROUND

This matter is currently set for a status conference in front of the district court on March 13, 2020. On or about February 26, 2020, Court staff indicated to counsel for the United States that the Court was inclined to return the matter to the assigned United States Magistrate Judge, before whom status conferences are normally set. The parties agree that a further status conference in front of the assigned United States Magistrate Judge is advisable and that time may be excluded under the Speedy Trial Act for defense preparation. The ends of justice outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

STIPULATION AND PROPOSED ORDER - CONTINUANCE
PAGE: 1

The parties request that the matter be set in front of the assigned United States Magistrate Judge on **May 18, 2020 at 1:00pm before Magistrate Judge Sheila K. Oberto**.

IT IS SO STIPULATED.　　　　　　　　　　　　Respectfully submitted,

Dated: March 11, 2020　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　___/s/ Michael Tierney_____
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL TIERNEY
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: March 11, 2020　　　　　　　　　　　　___/s/ Mary Ann Bird_____
　　　　　　　　　　　　　　　　　　　　　　　MARY ANN F. BIRD
　　　　　　　　　　　　　　　　　　　　　　　Attorney for JOHN ALAN BALLARD

Dated: March 11, 2020　　　　　　　　　　　　___/s/ Timote Fakaofo Tuitavuki_____
　　　　　　　　　　　　　　　　　　　　　　　TIMOTE FAKAOFO TUITAVUKI
　　　　　　　　　　　　　　　　　　　　　　　Attorney for JUDY IRENE CALDERON

Dated: March 11, 2020　　　　　　　　　　　　___/s/ Steven Crawford_____
　　　　　　　　　　　　　　　　　　　　　　　STEVEN CRAWFORD
　　　　　　　　　　　　　　　　　　　　　　　Attorney for ANDREA TODD

Dated: March 11, 2020　　　　　　　　　　　　___/s/ Martin Taleisnik_____
　　　　　　　　　　　　　　　　　　　　　　　MARTIN TALEISNIK
　　　　　　　　　　　　　　　　　　　　　　　Attorney for SHERRY HERBERT

**ORDER**

IT IS SO ORDERED.

The status conference currently set before this Court on March 13, 2020 is VACATED.

A further status conference is set before the assigned United States Magistrate Judge on May 18, 2020 at 1:00pm.

Time is excluded under the Speedy Trial Act with the court finding that the ends of justice outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act and in light of defense counsels' need for additional time in which to adequately prepare for trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: **March 11, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE