1  Bird & Van Dyke, Inc.
   A Professional Law Corporation
2  David S. Van Dyke, CASB 154402
3  Mary Ann F. Bird, CASB 206770
   2111 W. March Lane
4  Suite B300
   Stockton, CA 95207
5  Telephone    209.478.9950
6  Facsimile    209.478.9954
   Attorneys for Defendant JOHN ALAN BALLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No.: 1:17 CR 00243 NONE SKO |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JOHN ALAN BALLARD, JUDY IRENE CALDERON, SHERRY LYNN HERBERT, AND ANDREA RACHELLE TODD | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and Defendant John Alan Ballard, by and through his counsels of record, Judy Irene Calderon, by and through her counsel of record, Sherry Lynn Herbert, by and through her counsels of record, Andrea Rachelle Todd, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on May 18 at 1:00 p.m. and time was ordered excluded in the interest of justice.

STIPULATION AND ORDER - CONTINUANCE
PAGE: 1

2. By this stipulation, the parties hereby move to continue the status conference to August 3, 2020 because counsels for the defendants need additional time to properly prepare a defense. Counsels for the defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

3. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq, within which trial must commence, the time period of May 18. 2020 to August 3, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

| | | |
|---|---|---|
| IT IS SO STIPULATED. | | Respectfully submitted, |

Dated: April 8, 2020                                McGREGOR W. SCOTT
                                                           United States Attorney

                                                           ___/s/ Michael Tierney_____
                                                           MICHAEL TIERNEY
                                                           Assistant United States Attorney

Dated: April 8, 2020                                ___/s/ Mary Ann Bird_____
                                                           MARY ANN F. BIRD
                                                           Attorney for JOHN ALAN BALLARD

Dated: April 8, 2020                                ___/s/ Timote Fakaofo Tuitavuki_____
                                                           TIMOTE FAKAOFO TUITAVUKI
                                                           Attorney for JUDY IRENE CALDERON

Dated: April 8, 2020                                ___/s/ Steven Crawford_____
                                                           STEVEN CRAWFORD
                                                           Attorney for ANDREA TODD

Dated: April 8, 2020                                ___/s/ Martin Taleisnik_____
                                                           MARTIN TALEISNIK
                                                           Attorney for SHERRY HERBERT

## ORDER

The status conference currently set before this Court on May 18, 2020 is CONTINUED August 3, 2020. Pursuant to the parties' Stipulation, time is excluded under the Speedy Trial Act as the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **April 9, 2020**              /s/ *Sheila K. Oberto*

1  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER - CONTINUANCE
PAGE: 4