McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:17-CR-00243-NONE-SKO |
| Plaintiff, | JOINT STAUS REPORT; STIPULATION AND ORDER TO CONTINUE STAUTS CONFERNCE |
| v. | |
| JUDY IRENE CALDERON, JOHN BALLARD, SHERRY LYNN HERBERT, AND ANDREA RACHELLE TODD | |
| Defendants. | |

## BACKGROUND

This matter is currently set for status conference on August 3, 2020.  Doc. 55.  On July 22, 2020, the Court issued a minute order directing the parties to submit a joint status report "informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendants agrees to exclude time to the next date."  Doc. 56.  The parties' response appears below.

## STIPULATION AND ORDER

The parties stipulate and agree that since the previous status conference, they have continued to investigate the facts and law surrounding this matter.  The government is reviewing draft plea agreements and anticipates transmitting them to defendants by the end of July.  The parties are hopeful that a change of plea will occur in this case.

1

The parties propose a further status conference on or after **November 16, 2020**.  The parties agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT

United States Attorney

DATED: July 27, 2020                    By:/s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney

Dated: July 27, 2020                    ___/s/ Mary Ann Bird_____
MARY ANN F. BIRD
Attorney for JOHN ALAN BALLARD

Dated: July 27, 2020                    ___/s/ Timote Fakaofo Tuitavuki_____
TIMOTE FAKAOFO TUITAVUKI
Attorney for JUDY IRENE CALDERON

Dated: July 27, 2020                    ___/s/ Steven Crawford_____
STEVEN CRAWFORD
Attorney for ANDREA TODD

Dated: July 27, 2020                    ___/s/ Martin Taleisnik_____
MARTIN TALEISNIK
Attorney for SHERRY HERBERT

# O R D E R

The status conference currently set for **August 3, 2020** is continued to **November 16, 2020**.  Time will be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.


IT IS SO ORDERED.

Dated:   **July 31, 2020**                          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

3