Martin Taleisnik, SBN #: 172218
*SAWL LAW GROUP*
2150 Tulare Street
Fresno, CA 93721
Telephone: (559) 266-9800
Fax: (559) 266-3421
Attorney for Sherry Herbert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:17-CR-00243-NONE-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JUDY IRENE CALDERON, JOHN BALLARD, SHERRY LYNN HERBERT, AND ANDREA RACHELLE TODD | |
| Defendants. | |

## **BACKGROUND**

This matter is currently set for status conference on November 16, 2020.  Plea Agreements were transmitted in early August for Defense consideration and negotiations continue as of this week.

## **STIPULATION AND ORDER**

The parties stipulate and agree that since the previous status conference, they have continued to investigate the facts, review Plea Agreements, and conduct negotiations on behalf of the defendants. The parties anticipate that changes of plea will occur in this case.

The parties propose a further status conference on or after **December 16, 2020**.  The parties agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161,

///

///

///

///

1

because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Dated: November 12, 2020           Respectfully submitted,

/s/ Martin Taleisnik
Martin Taleisnik
Attorney for SHERRY HERBERT

DATED: November 12, 2020           /s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

Dated: November 12, 2020           /s/ Mary Ann Bird
MARY ANN F. BIRD
Attorney for JOHN ALAN BALLARD

Dated: November 12, 2020           /s/ Timote Fakaofo Tuitavuki
TIMOTE FAKAOFO TUITAVUKI
Attorney for JUDY IRENE CALDERON

Dated: November 12, 2020           /s/ Steven Crawford
STEVEN CRAWFORD
Attorney for ANDREA TODD

# **O R D E R**

The status conference currently set for **November 16, 2020** is continued to **December 16, 2020**. Time will be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated:   **November 12, 2020**                               /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE