McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUDY IRENE CALDERON, JOHN BALLARD, SHERRY LYNN HERBERT, AND ANDREA RACHELLE TODD<br><br>Defendants. | CASE NO. 1:17-CR-00243-NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STAUTS CONFERNCE |

## **BACKGROUND**

This matter is currently set for status conference on December 16, 2020. Doc. 62. On December 2, 2020, the Court issued a minute order directing the parties to submit a joint status report or a stipulation to change the date. Doc. 62. A proposed stipulation appears below.

## **STIPULATION AND ORDER**

The parties stipulate and agree that since the previous status conference, they have continued to investigate the facts and law surrounding this matter in preparation for a potential trial and have continued to engage in plea negotiations. On December 4, 2020, a plea agreement was entered concerning defendants Todd and Herbert. Doc. 63. The government extended a plea offer to defendant Judy Calderon Ballard regarding herself and defendant John Ballard. The plea offer expires when the next status conference occurs in this case.

1

On December 7, 2020, defendant Judy Calderon Ballard's counsel indicated that the defendant was in contact with the California Department of Real Estate regarding potential consequences of a conviction in this matter, and requested additional time to complete those communications. Accordingly, the parties propose a further status conference on **January 20, 2021**.  The parties agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT

United States Attorney

DATED: December 8, 2020                    By:/s/ Michael G. Tierney_____

Michael G. Tierney
Assistant United States Attorney

Dated: December 8, 2020                    ___/s/ Mary Ann Bird_____
MARY ANN F. BIRD
Attorney for JOHN ALAN BALLARD

Dated: December 8, 2020                    ___/s/ Timote Fakaofo Tuitavuki_____
TIMOTE FAKAOFO TUITAVUKI
Attorney for JUDY IRENE CALDERON

Dated: December 8, 2020                    ___/s/ Steven Crawford_____
STEVEN CRAWFORD
Attorney for ANDREA TODD

Dated: December 8, 2020                    ___/s/ Martin Taleisnik_____
MARTIN TALEISNIK
Attorney for SHERRY HERBERT

# **O R D E R**

The status conference currently set for **December 16, 2020** is continued to **January 20, 2020**. Time will be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated:     **December 9, 2020**               /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE

3