Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone       209.478.9950
Facsimile        209.478.9954
Attorneys for Defendant JOHN ALAN BALLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 1:17 CR 00243 NONE SKO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JOHN ALAN BALLARD, JUDY IRENE CALDERON, SHERRY LYNN HERBERT, AND ANDREA RACHELLE TODD | |
| Defendants. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and Defendant John Alan Ballard, by and through his counsels of record, Judy Irene Calderon, by and through her counsel of record, Sherry Lynn Herbert, by and through her counsels of record, Andrea Rachelle Todd, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 20, 2021 at 1:00 p.m. and time was ordered excluded in the interest of justice.

PAGE: 1

2. By this stipulation, the parties hereby move to continue the status conference to March 17, 2021 because counsels for the defendants need additional time to properly prepare a defense. Counsels for the defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

3. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq, within which trial must commence, the time period of January 20, 2021 to March 17, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

PAGE: 2

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: January 7, 2021                  McGREGOR W. SCOTT
                                        United States Attorney
                                        ___/s/ Michael Tierney_____
                                        MICHAEL TIERNEY
                                        Assistant United States Attorney

Dated: January 7, 202                   ___/s/ Mary Ann Bird_____
                                        MARY ANN F. BIRD
                                        Attorney for JOHN ALAN BALLARD

Dated: January 7, 2021                  ___/s/ Timote Fakaofo Tuitavuki_____
                                        TIMOTE FAKAOFO TUITAVUKI
                                        Attorney for JUDY IRENE CALDERON

Dated: January 7, 2021                  ___/s/ Steven Crawford_____
                                        STEVEN CRAWFORD
                                        Attorney for ANDREA TODD

Dated: January 7, 2021                  ___/s/ Martin Taleisnik_____
                                        MARTIN TALEISNIK
                                        Attorney for SHERRY HERBERT

## FINDINGS AND ORDER

The status conference currently set before this Court on January 20, 2021 is VACATED. A

further status conference is set before the assigned United States Magistrate Judge on March 17,

2021. Time is excluded under the Speedy Trial Act.  The ends of justice outweigh the interest of

the public and the defendants in a trial within the original dates prescribed by the Speedy Trial

Act.


        IT IS SO ORDERED.

        Dated:   **January 8, 2021**      _/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE