PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JUDY IRENE CALDERON, JOHN BALLARD, SHERRY LYNN HERBERT, AND ANDREA RACHELLE TODD<br><br>　　　　Defendants. | CASE NO. 1:17-CR-00243-NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

## **BACKGROUND**

This matter is currently set for status conference on March 17, 2021. Doc. 69. On March 2, 2021, the Court issued a minute order directing the parties to submit a joint status report or a stipulation to change the date. Doc. 69. A proposed stipulation appears below.

## **STIPULATION AND [PROPOSED] ORDER**

The parties stipulate and agree that since the previous status conference, they have continued to investigate the facts and law surrounding this matter in preparation for a potential trial and have continued to engage in plea negotiations. The defendants continue to consider a proposed plea agreement in this case and the government has indicated that the plea agreement expires at the next status conference. Accordingly, the parties propose a further status conference on **March 31, 2021**. The parties agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a

1

speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

                        Respectfully submitted,

                        PHILLIP A. TALBERT

                        Acting United States Attorney

DATED: March 11, 2021                        By: /s/ Michael G. Tierney

                        Michael G. Tierney
                        Assistant United States Attorney

Dated: March 11, 2021                       ___/s/ Mary Ann Bird_____
                        MARY ANN F. BIRD
                        Attorney for JOHN ALAN BALLARD

Dated: March 11, 2021                       ___/s/ Timote Fakaofo Tuitavuki_____
                        TIMOTE FAKAOFO TUITAVUKI
                        Attorney for JUDY IRENE CALDERON

Dated: March 11, 2021                       ___/s/ Steven Crawford_____
                        STEVEN CRAWFORD
                        Attorney for ANDREA TODD

Dated: March 11, 2021                       ___/s/ Martin Taleisnik_____
                        MARTIN TALEISNIK
                        Attorney for SHERRY HERBERT

**O R D E R**

The status conference currently set for **March 17, 2021** is continued to **March 31, 2021**. Time will be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated:   **March 11, 2021**                              /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE