PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00243-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | |
| JUDY IRENE CALDERON, JOHN BALLARD, SHERRY LYNN HERBERT, AND ANDREA RACHELLE TODD | STIPULATION AND ORDER TO VACATE STAUTS CONFERNCE AND set CHANGE OF PLEA HEARING |
| Defendants. | |

## BACKGROUND

This matter is currently set for status conference on March 31, 2020.  Doc 71.  Since that time, the parties have reached a global plea agreement to resolve this matter.

## STIPULATION AND [PROPOSED] ORDER

The global plea agreement generally provides that co-defendants ANDREA TODD and JUDY CALDERON aka JUDY BALLARD will enter pleas of guilty to Count Four, Bank Fraud, in violation of 18 U.S.C. § 1344(1).  The remaining charges and defendants would be dismissed at sentencing.

Accordingly, the parties request that the Court vacate the status conference set for March 31, 2021 and set the matter for change of plea hearings as to defendants TODD and CALDERON on **April 16, 2021**.
.

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR W. SCOTT |
|   | United States Attorney |
| DATED: March 31, 2021 | By: /s/ Michael G. Tierney |
|   | Michael G. Tierney<br>Assistant United States Attorney |
| Dated: March 31, 2021 | ___/s/ Mary Ann Bird_____<br>MARY ANN F. BIRD<br>Attorney for JOHN ALAN BALLARD |
| Dated: March 31, 2021 | ___/s/ Timote Fakaofo Tuitavuki_____<br>TIMOTE FAKAOFO TUITAVUKI<br>Attorney for JUDY IRENE CALDERON |
| Dated: March 31, 2021 | ___/s/ Steven Crawford_____<br>STEVEN CRAWFORD<br>Attorney for ANDREA TODD |
| Dated: March 31, 2021 | ___/s/ Martin Taleisnik_____<br>MARTIN TALEISNIK<br>Attorney for SHERRY HERBERT |

**O R D E R**

The status conference currently set for **March 31, 2021** is hereby vacated.

Change of plea hearings as to defendants TODD and CALDERON are set on **April 16, 2021 at 9:30 a.m. before District Judge Dale A. Drozd.**

IT IS SO ORDERED.

Dated:     **March 31, 2021**                              /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE