PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00243-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | |
| JUDY IRENE CALDERON, JOHN BALLARD, SHERRY LYNN HERBERT, AND ANDREA RACHELLE TODD | STIPULATION AND ORDER TO SET STATUS CONFERNCE AS TO DEFENDANTS JOHN BALLARD AND SHERRY LYNN HERBERT |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**

This matter is currently set for a change of plea hearing on April 16, 2021. Doc. 76. The plea agreements in this case call for defendants CALDERON and TODD to enter pleas of guilty to Count Four of the Indictment. Doc. 77, 78. The government will dismiss the remaining charges as to those defendants, and all charges as to defendants BALLARD and HERBERT, at the time of sentencing. *Id.*

Because the plea agreements do not call for defendants BALLARD and HERBERT to enter changes of plea, the parties stipulate and agree to set a status conference on July 9, 2021 at 8:30 am. The parties agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for the Court's consideration of the plea agreements and continuity of counsel.

1

                                                          Respectfully submitted,

                                                          PHILLIP A. TALBERT

                                                          Acting United States Attorney

DATED: April 5, 2021                                    By: /s/ Michael G. Tierney

                                                          Michael G. Tierney
                                                          Assistant United States Attorney

Dated: April 5, 2021                                   ___/s/ Mary Ann Bird_____
                                                          MARY ANN F. BIRD
                                                          Attorney for JOHN ALAN BALLARD

Dated: April 5, 2021                                   ___/s/ Timote Fakaofo Tuitavuki_____
                                                          TIMOTE FAKAOFO TUITAVUKI
                                                          Attorney for JUDY IRENE CALDERON

Dated: April 5, 2021                                   ___/s/ Steven Crawford_____
                                                          STEVEN CRAWFORD
                                                          Attorney for ANDREA TODD

Dated: April 5, 2021                                   ___/s/ Martin Taleisnik_____
                                                          MARTIN TALEISNIK
                                                          Attorney for SHERRY HERBERT

**O R D E R**

The Court hereby sets a status conference on July 9, 2021 at to defendants BALLARD and HERBERT.  Time will be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for consideration of the plea agreements and continuity of counsel.

IT IS SO ORDERED.

Dated:   **April 5, 2021**

UNITED STATES DISTRICT JUDGE