TIM F. TUITAVUKI CSBN 212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN ST.
STOCKTON, CA 95202
Tel: (209)476-1590
Fax: (209)476-1549
Email: tim@tftlaw.com

Attorney for Judy Irene Calderon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JUDY IRENE CALDERON, JOHN BALLARD, SHERRY LYNN HERBERT, AND ANDREA RACHELLE TODD<br><br>      Defendants. | CASE NO.  1:17-CR-00243-NONE-SKO<br><br><br>STIPULATION AND ORDER TO SET STAUTS CONFERNCE AS TO DEFENDANTS JOHN BALLARD AND SHERRY LYNN HERBERT |

## **STIPULATION AND ORDER**

This matter is currently set for sentencing on July 9, 2021, Doc. 82.  Due to scheduling conflicts, Defendant Calderon was unable to complete the interview with Probation for the completion of the Presentence Report.  The parties stipulate and agree to continue sentencing to August 27, 2021.

Respectfully submitted,

DATED: June 28, 2021                    ___/s/ Timote Fakaofo Tuitavuki_____
                                                        TIMOTE FAKAOFO TUITAVUKI
                                                        Attorney for JUDY IRENE CALDERON

1

Dated: June 28, 2021

Michael G. Tierney
Assistant United States Attorney

Dated: June 28, 2021

___/s/ Mary Ann Bird_____
MARY ANN F. BIRD
Attorney for JOHN ALAN BALLARD

Dated: June 28, 2021

___/s/ Steven Crawford_____
STEVEN CRAWFORD
Attorney for ANDREA TODD

Dated: June 28, 2021

___/s/ Martin Taleisnik_____
MARTIN TALEISNIK
Attorney for SHERRY HERBERT

# **O R D E R**

The Court hereby sets sentencing on August 27, 2021. Time will be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendants in a speedy and public trial are outweighed by the need for consideration of the completion of the Presentence Report.

IT IS SO ORDERED.

Dated:   **June 28, 2021**

UNITED STATES DISTRICT JUDGE