PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00243-1-NONE |
|---|---|
| Plaintiff, | MOTION TO DISMISS and ORDER |
| v. | |
| JOHN ALAN BALLARD | |
| Defendant. | |

As part of the Plea Agreement between by the United States and co-defendant Judy Calderon (Dkt 77), co-defendant Calderon agreed to enter a plea of guilty to Count Four of the Indictment. Id. at 2. In return, the United States agreed to move, at the time of sentencing, for dismissal of all counts in the Indictment against defendant. Id. at 5.

Co-defendant Calderon entered a plea of guilty in April 2021. Doc. 82. The Court sentenced co-defendant on August 27, 2021. Accordingly, pursuant to the Plea Agreement, the United States moves to dismiss all charges against the defendant.

A proposed order appears below.

                                             Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             Acting United States Attorney

DATED: August 27, 2021             By:   /s/ Michael G. Tierney
                                                        Michael G. Tierney
                                                        Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **August 27, 2021**

_____
UNITED STATES DISTRICT JUDGE